## ASSESSMENT.

[Hamilton Circuit Court.]

JOHN H. CARSON v. DELHI (VIL.) ET AL.

ESTOPPEL CONTAINED IN STREET IMPROVEMENT PETITION.

A petitioner for street improvement is estopped, after the improvement has been ordered and the work done, to claim that he has a less number of feet subject to assessment than he signed for in the petition.

APPEAL.

*Charles F. Droste*, for plaintiff.

*James B. Matson*, contra.

SMITH, J. (Memorandum of decision.)

In our opinion the holding of the Supreme Court in Cincinnati v. Manss, 54 Ohio St., 257 [43 N. E. Rep. 687], is directly opposed to the plaintiff in this case. In this case, as in that of the plaintiff, the owner of the property on a street united with others in a petition for the improvement of such street, stating therein substantially the number of

feet his property abutted on the street proposed to be improved    This was that the council of the village might be informed as to the interest of the petitioners, and he thereby, as held in Cincinnati v. Manss, *supra*, represented to the council that he had the number of assessable feet stated in the petition; and after the improvement has been ordered and the work done, he is estopped to say that he has a less number of feet subject to assessment.

The petition will there'ore be dismissed with costs.